**Opinion issued December 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00641-CR

———————————

**NASH BAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 10**
**Harris County, Texas**
**Trial Court Case No. 2016870**

---

## MEMORANDUM OPINION

Appellant, Nash Baughn, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State is unopposed. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).